IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES BEVERLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  1:24-cv-149 |
| | ) |
| WILLIAM BREEZE, Attorney, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On April 18, 2024, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED** this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) for being frivolous or malicious or for failing to state a claim upon which relief may be granted, as well as for seeking monetary relief against a defendant who is immune from such relief.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 8th day of July, 2024.

　　　　　　　　　　　　　　　/s/ William L. Osteen, Jr.
　　　　　　　　　　　　　　　United States District Judge